# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 02-3657

———————

Roy D. Carver, erroneously captioned    *
as Roy D. Clark on original complaint,    *
       *
           Appellant,        *
       *    Appeal from the United States
      v.              *    District Court for the Eastern
       *    District of Arkansas.
Baptist Medical Systems of Arkansas,    *
       *        [UNPUBLISHED]
           Appellee.        *

———————

Submitted: June 5, 2003
Filed: October 15, 2003

———————

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

———————

PER CURIAM.

Roy Carver appeals the district court's[1] grant of summary judgment to Baptist Medical Systems of Arkansas (Baptist Medical) in his age-discrimination suit. Having carefully reviewed the record, we conclude summary judgment was proper for the reasons given by the district court. Accordingly, we affirm. See 8th Cir. R. 47B. We deny as moot Baptist Medical's motion to supplement the record on appeal.

———————————————————

———————

[1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.